# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY JONES aka THADAS JASPER aka PAMELA JONES,<br><br>        Plaintiff,<br><br>   v.<br><br>ROBERT WHITE<br><br>and<br><br>JOHN CAULFIELD, Warden<br>Central Corporation of America<br>(CCA)<br>1901 E. Street, SE<br>Washington, DC 20003<br><br>and<br><br>JOHN DOE<br>1901 E. Street, SE<br>Washington, DC 20003<br><br>and<br><br>CENTRAL TREATMENT FACILITY<br>(CTF)<br>1901 E. Street, SE<br>Washington, DC 20003<br><br>and | Civil Action No. 07-4 (PLF) |

CCA of TENNESSEE, LLC
10 Burton Hill Blvd.
Nashville, TN 37215
Serve: CT Corporation
       1025 Vermont Ave.
       Washington, D.C. 20005

and

THE DISTRICT OF COLUMBIA
441 4th Street, NW
Washington, DC 20001,

                Defendants.

### DEFENDANT DISTRICT OF COLUMBIA AND CORRECTIONS CORPORATION OF AMERICA'S DEMAND FOR JURY TRIAL

Pursuant to Rule 38, Federal Rules of Civil Procedure, Defendants District of Columbia and Corrections Corporation of America, by their attorneys, Jones, Skelton & Hochuli, request a trial by jury of all triable issues in the above-captioned matter.

Dated: this 8th day of January, 2007.

JONES, SKELTON & HOCHULI, P.L.C.

/s/Jennifer L. Holsman
Daniel P. Struck, Bar No. 012377
Jennifer L. Holsman, Bar No. 022787
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-7310
Facsimile: (602) 200-7858

CARR MALONEY, P.C.
Paul Maloney, Bar #632533
Mariana Brava, Bar # 473809
Colleen Durbin, Bar # 500039
1615 L Street, Suite 500
Washington, D.C. 20036
Telephone: (202) 310-5500
Facsimile: (202) 310-5555
Attorneys for Defendants District of Columbia and CCA of Tennessee, LLC

- 3 -

ORIGINAL of the foregoing e-filed
this 8th day of January, 2007, with:

Copy of the foregoing to all parties
via ECF filing system.


/s/Peggy Sue Trakes