**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TIMOTHY JONES aka THADAS JASPER aka PAMELA JONES,<br><br>           Plaintiff,<br><br>      v.<br><br>ROBERT WHITE<br><br>and<br><br>JOHN CAULFIELD, Warden<br>Central Corporation of America<br>(CCA)<br>1901 E. Street, SE<br>Washington, DC 20003<br><br>and<br><br>JOHN DOE<br>1901 E. Street, SE<br>Washington, DC 20003<br><br>and<br><br>CENTRAL TREATMENT FACILITY<br>(CTF)<br>1901 E. Street, SE<br>Washington, DC 20003<br><br>and<br><br>CCA of TENNESSEE, LLC<br>10 Burton Hill Blvd.<br>Nashville, TN 37215<br>Serve:  CT Corporation<br>            1025 Vermont Ave.<br>            Washington, D.C. 20005<br><br>and | Civil Action No. 07-4 (PLF)<br><br><br>DEFENDANT CORRECTIONS CORPORATION OF AMERICA'S CERTIFICATE UNDER F<small>ED.</small> C<small>IV.</small> R. 7.1 |

1730451.1

| |
|---|
| THE DISTRICT OF COLUMBIA<br>441 4th Street, NW<br>Washington, DC 20001,<br><br>        Defendants. |

      I, the undersigned, counsel of record for Defendant, certify that to the best of my knowledge and belief, Corrections Corporation of America is a publicly traded company, but that Corrections Corporation of America has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

Dated: this 8th day of January, 2007.        JONES, SKELTON & HOCHULI, P.L.C.

        /s/ Jennifer L. Holsman
        Daniel P. Struck, Bar No. 012377
        Jennifer L. Holsman, Bar No. 022787
        2901 North Central Avenue, Suite 800
        Phoenix, Arizona 85012
        Telephone:   (602) 263-7310
        Facsimile:    (602) 200-7858

        CARR MALONEY, P.C.
        Paul Maloney, Bar #632533
        Mariana Brava, Bar # 473809
        Colleen Durbin, Bar # 500039
        1615 L Street, Suite 500
        Washington, D.C. 20036
        Telephone:   (202) 310-5500
        Facsimile:    (202) 310-5555

        Attorneys for Defendant District of Columbia
        and CCA of Tennessee, LLC

ORIGINAL of the foregoing e-filed
this 8th day of January, 2007, with:

Copy of the foregoing to all parties
via ECF filing system.


By      Peggy Sue Trakes

1730451.1