## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TIMOTHY JONES aka THADAS JASPER aka
PAMELA JONES,

                Plaintiff,

       v.

ROBERT WHITE; et al.

             Defendants.

Civil Action No. 1:07-cv-00004 PLF

## JOINT CASE MANAGEMENT PLAN PURSUANT TO LCvR 16.3(c)

Plaintiff and Defendants, *Corrections Corporation of America, District of Columbia and John Caulfield*, pursuant to LCvR 16.3(c), hereby submit the following Joint Case Management plan. On January 16, 2007 counsel for plaintiff's Khadijah R. Ali, and counsel for Defendants CCA, District of Columbia and John Caulfield, Paul Maloney and Daniel Struck met to discuss the issues set forth in LCvR 16.3(c) pursuant to this Court's Order of January 10, 2007. The meeting took place in the offices of Carr Maloney, P.C., 1615 L Street, Suite 500, Washington, D.C. Daniel Struck appeared at the meeting via telephone from Phoenix, Arizona. Defendant Robert White did not participate in the meeting, as he has not yet been served.

## STATEMENT OF THE CASE

In her Complaint, Plaintiff Timothy Jones alleges that she was sexually assaulted by Defendant, Robert White. At the time of the assault, Plaintiff was an inmate at the Correctional Treatment Facility ("CTF") operated by Defendant Corrections Corporation of America ("CCA") pursuant to a contract with the District of Columbia. Specifically, Plaintiff alleges that she was

forced to perform oral sex on Defendant White, who at the time was a corrections officer under the employ of CCA.  White was subsequently charged,  tried and convicted of First Degree Sexual Assault of a Ward, and is currently incarcerated in a Federal Corrections Facility, serving a seven year sentence.

Plaintiff filed her Amended Complaint, alleging Assault and Battery, Intentional Infliction of Emotional Distress, False Imprisonment, Negligent Hiring, Training and Supervision and Deprivation of her Constitutional Rights pursuant to U.S.C. § 1983.  Defendants CCA, District of Columbia and John Caulfield, the current warden of CTF, deny liability and damages.

1.     <u>Status of Dispositive Motions</u>:  There are no dispositive motions pending at this time.  Defendants anticipate filing dispositive motions in this case at a later date.

2.     <u>Amended Pleadings</u>:  The parties suggest a deadline of **April 6, 2007** to amend the complaint, and **May 4, 2007** to join additional parties.  Plaintiff anticipates amending her complaint to name the transportation officer, who she has designated as "John Doe" in her Amended Complaint.

3.     <u>Assignment to a Magistrate Judge</u>:  The parties do not believe that this matter should be assigned to a Magistrate Judge.

4.     <u>Settlement Possibility</u>:  The parties believe that this case may warrant early consideration for settlement.  The parties request that the court appoint a Magistrate Judge to conduct a settlement conference to be held within the next sixty (60) days in order to attempt to resolve the matter without expending a considerable amount of fees and costs.  The parties have been working together to attempt to obtain institutional and medical records which the defendants believe are necessary to accurately evaluate this claim, and hope to have most of

these records in the next 45 days.  Defendants have just become aware of records that are

available from the Virginia Department of Corrections, which they need to obtain prior to any

meaningful settlement conference.

     5.     <u>Alternative Dispute Procedures</u>:  As set forth above, the parties request that the

court assign this matter to a Magistrate Judge for a mediation at the outset of this case.

     6.     <u>Dispositive Motions</u>: The parties suggest that any dispositive motions be filed by

**March 7, 2008**, or at least 30 to 45 days following the close of discovery.

     7.     <u>Initial Disclosures</u>:  The parties suggest Initial Disclosures be exchanged by

**February 16, 2007**.

     8.     <u>Discovery</u>:  The parties suggest that Discovery be completed by **February 1, 2008**.

     9.     <u>Experts</u>:  The parties suggest the following dates for the disclosure and service of

expert reports pursuant to Rule 26(a)(2)(B), FED.R.CIV. P.:  Disclosure of Plaintiff's Experts:

**August 3, 2007**; Disclosure of Defendant's Experts: **October 5, 2007**; Rebuttal Experts:

**November 2, 2007**.

     10.     <u>Class Action Procedures</u>:  Not applicable.

     11.     <u>Bifurcation of Discovery or Trial</u>: The parties do not believe bifurcation is

necessary.

     12.     <u>Proposed Date for Pretrial Conference</u>:  The parties request the a Joint Proposed

Pretrial Order be submitted 30 days after the court's ruling on pending dispositive motions, and

that the Pretrial Conference be held within 30 days of lodging the Joint Pretrial Order.

13.     <u>Trial Date</u>: The parties request that the court set a trial date at the Joint Pretrial

Conference.  In the event that the court sets a date certain for the Joint Pretrial Conference at the

upcoming hearing, the parties request that the court set a trial date for no sooner than May, 2008.

14.     <u>Other</u>:  Due to the fact that Defendant, Robert White, has been transferred from the

jurisdiction, he has not been served.  Plaintiff intends to request an extension of time from the Court to

serve Mr. White.  Plaintiff anticipates she will need an additional 30 to 45 days to serve Defendant

White.

Dated this 18th day of January, 2007.          Respectfully submitted,


By_____s/  Khadijah R. Ali_____
      Khadijah R. Ali, DC Bar No. 435367
      Law Offices of Khadijah R. Ali
      216 G Street, N.E.
      Washington, DC   20002
      Ph:     (202) 548-0016
      Attorney for Plaintiff *Jones*

By_____s/ Daniel P. Struck_____
      Daniel P. Struck, DC Bar No. CO0037
      Jennifer L. Holsman, DC Bar No. 495296
      JONES, SKELTON & HOCHULI, P.L.C.
      2901 North Central Avenue, Suite 800
      Phoenix, Arizona  85012
      Ph:     (602) 263-1700
      Fax:     (602) 263-1784

      Paul J. Maloney, DC Bar No. 362533
      Mariana D. Bravo, DC Bar No. 473809
      CARR MALONEY, P.C.
      1615 L Street, N.W., Suite 500
      Washington, DC   20036
      Ph:     (202) 310-5500
      Fax:     (202) 310-5555

      Attorneys for Defendants, *Corrections
      Corporation of America, District of Columbia and
      John Caulfield*