UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| TIMOTHY JONES a/k/a THADAS JASPER a/k/a PAMELA JONES, | : : : | |
| Plaintiff, | : : | |
| v. | : : | 07-4 (PLF) |
| CORRECTIONS CORPORATION OF AMERICA, et al., | : : : | |
| Defendants. | : : | |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Paul J. Maloney and Mariana D. Bravo as co-counsel for defendants, District of Columbia and Corrections Corporation of America.

Respectfully submitted,

CARR MALONEY P.C.                              CARR MALONEY P.C.

*/s/ Paul J. Maloney*                          */s/ Mariana D. Bravo*

_____                    _____
Paul J. Maloney #362533                        Mariana D. Bravo, 473809
1615 L Street, N.W., Suite 500                 1615 L Street, N.W., Suite 500
Washington, D.C. 20036                         Washington, D.C. 20036
(202) 310-5500 (telephone)                     (202) 310-5500 (telephone)
(202) 310-5555 (facsimile)                     (202) 310-5555 (facsimile)

20070122-NOG-27 (entry of appearance)

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was e-filed on this 22nd day of January, 2007 to:

    Khadijah R. Ali, Esquire
    Law Offices of Khadijah R. Ali
    216 G Street, N.E.
    Washington, D.C.  20002

    Daniel P. Struck, Esquire
    Jennifer L. Holsman, Esquire
    Jones, Skelton & Hochuli, PLC
    2901 North Central Avenue, Suite 800
    Phoenix, Arizona  85012

_____
Paul J. Maloney
Mariana D. Bravo