IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TIMOTHY JONES** | : | |
| | : | |
| Plaintiff, | : | Civ. Action No.1:07cv4 |
| v. | : | |
| | : | JUDGE: FRIEDMAN |
| **ROBERT WHITE, et al.** | : | Status: 1/26/07 |
| _____ | : | |

## UNOPPOSED MOTION TO CONTINUE STATUS DATE

Comes now the Plaintiff, TIMOTHY JONES, by and through his counsel, Khadijah R. Ali, and respectfully moves this Court for leave to continue the above status date currently scheduled for January 26, 2007. In support thereof plaintiff represents unto this Court as follows:

1. On or about January 10, 2007 this court issued a Notice/Order requiring the parties to meet and confer and prepare a joint report pursuant to local rule 16.3. The Court also Ordered the parties to appear for a status conference on January 26, 2006.

2. The parties did meet and confer as directed and prepared and filed the joint report. However at that time undersigned counsel was mistakenly under the impression that the status date on the 26th was for this Thursday a date on which counsel has no conflicts. It wasn't until this week that counsel realized that she had confused the dates and that the 26th was in fact this Friday, a day in which counsel has several other matters

scheduled, one of which is a contempt hearing in Maryland Circuit Court.[1]

3. Although the Maryland matter is scheduled in the morning, the matter is scheduled for both a contempt and CPO hearing and counsel is not certain that the matter will be concluded in time enough to make it back to Washington, DC for the 1:30 p.m. hearing scheduled before this Court.

4. Counsel has consulted with opposing counsel in this case and they have stated that they do not oppose a brief continuance of the status hearing.  Undersigned counsel is available any afternoon the following week.

**WHEREFORE**, for the foregoing reasons and any others that may appear to this Court, the defendant respectfully requests that this Honorable Court grant leave to continue the status hearing to a date next week, or to the first available date that is convenient to the Court.

Respectfully submitted,

By:_____
   Khadijah R. Ali Bar No. 435367
   216 G Street, NE
   Washington, D.C. 20002
   (202)548-0016

---

[1] Counsel also has a matter scheduled in DC Superior Court scheduled the same morning.  Counsel has made arrangements to appear in that matter in the afternoon.

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that a copy of the forgoing motion was served by ECF on Daniel Struck and Paul Maloney, counsels for Defendants CCA, District of Columbia and John Caulfield at mail upon AUSA Burke Kappler, at 2901 North Central Ave., Suite 800, Phoenix, AR 85012 and 1615 L Street, NW, Suite 500, Washington, DC 20036, respectively, this 24 day of January, 2007.

_____
Khadijah R. Ali

```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
```

**TIMOTHY JONES**                  :
                                   :
        **Plaintiff,**           :     Civ. Action No.1:07cv4
**v.**                             :
                                   :     JUDGE: FRIEDMAN
**ROBERT WHITE, et al.**           :     Status: 1/26/07
_____  :

### O R D E R

**Upon** consideration of the plaintiff's Motion to Continue the Status Conference, made by the Plaintiff and there existing good cause, it is this \_\_\_\_\_ day of _____, 2007 **ORDERED** that Plaintiff's motion be and is hereby **GRANTED.** It is further **ORDERED** that**:**

    a. The above status date in this case is hereby continued to _____.

                                                    _____
                                                    JUDGE

cc: Khadijah R. Ali, Esq.
    The Law Offices of Khadijah R. Ali, P.C.
    216 G Street, NE
    Washington, D.C. 20002

    Daniel Struck, Esq.
    Jones, Skelton & Hochuli, P.C.
    2901 North Central Ave.
    Suite 800
    Phoenix, AR 85012

    Paul J. Maloney, Esq.
    Carr Maloney, P.C.
    1615 L Street, NW, Suite 500
    Washington, DC 20036