## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TIMOTHY JONES aka THADAS JASPER aka
PAMELA JONES,

        Plaintiff,

   v.

Civil Action No. 07-4 (PLF)

ROBERT WHITE

and

JOHN CAULFIELD, Warden
Central Corporation of America
(CCA)
1901 E. Street, SE
Washington, DC 20003

and

JOHN DOE
1901 E. Street, SE
Washington, DC 20003

and

CENTRAL TREATMENT FACILITY
(CTF)
1901 E. Street, SE
Washington, DC 20003

and

CENTRAL CORPORATION OF AMERICA
(CCA)
10 Burton Hill Blvd.
Nashville, TN 37215
Serve:  CT Corporation
       1025 Vermont Ave.
       Washington, DC 20005

and

1732627.1

| |
|---|
| THE DISTRICT OF COLUMBIA<br>441 4th Street, NW<br>Washington, DC 20001, |
|         Defendants. |

## DEMAND FOR JURY TRIAL BY DEFENDANT JOHN CAULFIELD

Pursuant to Rule 38, Federal Rules of Civil Procedure, Defendant John Caulfield, by his attorney, Jones, Skelton & Hochuli, requests a trial by jury of all triable issues in the above-captioned matter.

Dated: this 29th day of January, 2007.   JONES, SKELTON & HOCHULI, P.L.C.

/s/Jennifer L. Holsman
Daniel P. Struck, Bar No. 012377
Jennifer L. Holsman, Bar No. 022787
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone:   (602) 263-7310
Facsimile:   (602) 200-7858

CARR MALONEY, P.C.
Paul Maloney, Bar #632533
Mariana Brava, Bar # 473809
Colleen Durbin, Bar # 500039
1615 L Street, Suite 500
Washington, D.C. 20036
Telephone:   (202) 310-5500
Facsimile:   (202) 310-5555

Attorneys for Defendants District of Columbia and CCA of Tennessee, LLC, John Caulfield

ORIGINAL of the foregoing e-filed
this 29th day of January, 2007, with:

Copy of the foregoing to all parties via ECF filing system.

/s/Peggy Sue Trakes