IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY JONES aka THADAS JASPER aka PAMELA JONES,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT WHITE, et al,<br><br>        Defendants. | Civil Action No. 07-4 (PLF)<br><br>ERRATA |

      On January 29, 2007, Defendant John Caulfield, by and through counsel undersigned, filed his Answer to Plaintiff's Amended Complaint and Demand for Jury Trial [See PACER Docket Nos. 8 and 9, respectively]. The Arizona State Bar numbers of counsel for Defendant Caulfield were inadvertently listed on the signature page. Attached hereto as Appendix A (Answer) and Appendix B (Demand for Jury Trial) are revised signature pages showing the District of Columbia bar numbers for counsel for Defendant Caulfield.

Dated: this 2nd day of February, 2007.      JONES, SKELTON & HOCHULI, P.L.C.

                                                  By /s/Jennifer L. Holsman
                                                        Daniel P. Struck, Bar # CO00337
                                                        Jennifer L. Holsman, Bar # 495296
                                                       2901 North Central Avenue, Suite 800
                                                        Phoenix, Arizona 85012
                                                        Telephone:    (602) 263-1700
                                                         Facsimile:     (602) 263-1784

                                                        CARR MALONEY, P.C.
                                                        Paul Maloney, Bar 632533
                                                        Colleen Durbin, Bar # 500039
                                                        1615 L Street, Suite 500
                                                        Washington, D.C. 20036
                                                       (Telephone:    (202) 310-5500
                                                       Facsimile:     (202) 310-5555

                                  Attorneys for Defendants District of Columbia
                                  and CCA of Tennessee, LLC, John Caulfield

1739888.1

ORIGINAL of the foregoing E-filed
this 2nd day of February, 2007.

COPY of the foregoing sent this even date
to all parties listed on ECF filing list.

By /s/Peggy Sue Trakes

- 2 -

1739888.1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TIMOTHY JONES aka THADAS JASPER aka PAMELA JONES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT WHITE, et al,<br><br>　　　　　　Defendants. | Civil Action No. 07-4 (PLF)<br><br><br>ERRATA |

　　　　On January 29, 2007, Defendant John Caulfield, by and through counsel undersigned, filed his Answer to Plaintiff's Amended Complaint and Demand for Jury Trial [See PACER Docket Nos. 8 and 9, respectively]. The Arizona State Bar numbers of counsel for Defendant Caulfield were inadvertently listed on the signature page. Attached hereto as Appendix A (Answer) and Appendix B (Demand for Jury Trial) are revised signature pages showing the District of Columbia bar numbers for counsel for Defendant Caulfield.

Dated: this 2nd day of February, 2007.　　　　JONES, SKELTON & HOCHULI, P.L.C.

　　　　　　　　　　　　　　　　　　　　　　　　By /s/Jennifer L. Holsman
　　　　　　　　　　　　　　　　　　　　　　　　　　Daniel P. Struck, Bar # CO00337
　　　　　　　　　　　　　　　　　　　　　　　　　　Jennifer L. Holsman, Bar # 495296
　　　　　　　　　　　　　　　　　　　　　　　　　　2901 North Central Avenue, Suite 800
　　　　　　　　　　　　　　　　　　　　　　　　　　Phoenix, Arizona  85012
　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone:　　(602) 263-1700
　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:　　(602) 263-1784

　　　　　　　　　　　　　　　　　　　　　　　　CARR MALONEY, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　Paul Maloney, Bar 632533
　　　　　　　　　　　　　　　　　　　　　　　　Colleen Durbin, Bar # 500039
　　　　　　　　　　　　　　　　　　　　　　　　1615 L Street, Suite 500
　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　　　　(Telephone:　　(202) 310-5500
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:　　(202) 310-5555

　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants District of Columbia
　　　　　　　　　　　　　　　　　　　　　　　　and CCA of Tennessee, LLC, John Caulfield

1739888.1

ORIGINAL of the foregoing E-filed
this 2nd day of February, 2007.

COPY of the foregoing sent this even date
to all parties listed on ECF filing list.

By /s/Peggy Sue Trakes

- 2 -

1739888.1

# APPENDIX A

following affirmative defenses set forth in Rule 8 and Rule 12, including but not limited to, arbitration and award, assumption of risk, contributory negligence, duress, estoppel, fraud, illegality, laches, release, *res judicata*, statute of frauds, statute of limitations, waiver, insufficiency of process and insufficiency of service of process.

**WHEREFORE**, having fully answered Plaintiff's Amended Complaint, this answering Defendant request that they be dismissed and that they be awarded their reasonable attorneys' fees and costs incurred herein.

Dated: this 29th day of January, 2007.

JONES, SKELTON & HOCHULI, P.L.C.

/s/Jennifer L. Holsman
Daniel P. Struck, Bar No. CO00337
Jennifer L. Holsman, Bar No. 495296
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone:    (602) 263-7310
Facsimile:    (602) 200-7858

CARR MALONEY, P.C.
Paul Maloney, Bar #632533
Mariana Brava, Bar # 473809
Colleen Durbin, Bar # 500039
1615 L Street, Suite 500
Washington, D.C. 20036
Telephone:    (202) 310-5500
Facsimile:    (202) 310-5555

Attorneys for Defendants District of Columbia and CCA of Tennessee, LLC, John Caulfield

ORIGINAL of the foregoing e-filed
this 29th day of January, 2007, with:

Copy of the foregoing to all parties via ECF filing system.

/s/Peggy Sue Trakes

1732603.1

- 9 -

# APPENDIX B

THE DISTRICT OF COLUMBIA
441 4th Street, NW
Washington, DC 20001,

        Defendants.

## DEMAND FOR JURY TRIAL BY DEFENDANT JOHN CAULFIELD

Pursuant to Rule 38, Federal Rules of Civil Procedure, Defendant John Caulfield, by his attorney, Jones, Skelton & Hochuli, requests a trial by jury of all triable issues in the above-captioned matter.

Dated: this 29th day of January, 2007.

JONES, SKELTON & HOCHULI, P.L.C.

/s/Jennifer L. Holsman
Daniel P. Struck, Bar No. CO00337
Jennifer L. Holsman, Bar No. 495296
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone:   (602) 263-7310
Facsimile:   (602) 200-7858

CARR MALONEY, P.C.
Paul Maloney, Bar #632533
Mariana Brava, Bar # 473809
Colleen Durbin, Bar # 500039
1615 L Street, Suite 500
Washington, D.C. 20036
Telephone:   (202) 310-5500
Facsimile:   (202) 310-5555

Attorneys for Defendants District of Columbia and CCA of Tennessee, LLC, John Caulfield

ORIGINAL of the foregoing e-filed
this 29th day of January, 2007, with:

Copy of the foregoing to all parties via ECF filing system.

/s/Peggy Sue Trakes

1732627.1