UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
TIMOTHY JONES,                          )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )        Civil Action No. 07-0004 (PLF)
                                        )
ROBERT WHITE, et al.,                   )
                                        )
            Defendants.                 )
_____)

ORDER OF REFERRAL

        This matter came before the Court for a status conference on February 2, 2007.

At that time, the parties indicated that the case would benefit from settlement discussions with a

magistrate judge.  Accordingly, it is hereby

        ORDERED that this matter is referred to Magistrate Judge Alan Kay for

settlement discussions, beginning April 1, 2007; discussions shall conclude on or before June 8,

2007. The parties will contact Magistrate Judge Kay's chambers to schedule a settlement

conference.  There shall be a status conference before this Court on June 8, 2007 at 9:15 a.m.

        SO ORDERED.


                          _____/s/_____
                          PAUL L. FRIEDMAN
                          United States District Judge

DATE:  February 2, 2007