UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY JONES aka<br>THADAS JASPER aka<br>PAMELA JONES | Civil Action No. 07-4 (PLF) |
| Plaintiff | |
| ROBERT WHITE, et al. | JUDGE:   Paul Friedman |
| Defendants | |

### ANSWER OF ROBERT WHITE

Defendant, Robert White, by and through his counsel, Jordan Coyne & Savits, LLP and Dwight D. Murray, respectfully submits the following in response to Plaintiff's Amended Complaint:

### FIRST DEFENSE

The Complaint fails to state a cause of action upon which relief may be granted.

### SECOND DEFENSE

Mr. White submits the following responses to the allegations contained in the enumerated paragraphs in the Complaint.

1. Paragraph 1 of the Complaint is an introductory paragraph and does not contain any allegations concerning Mr. White and therefore does not require a response. However, if a response is required, Mr. White denies all allegations in paragraph 1 of the Complaint.

2. Paragraph 2 of the Complaint addresses allegations concerning subject matter jurisdiction and therefore, does not require a response from Mr. White.

3. With regard to the allegations contained in Paragraph 3 of the Complaint, Mr. White states that he is without knowledge or sufficient information to form a belief as to the truth of the allegations and therefore, demands strict proof thereof.

4. With regard to the allegations contained in Paragraph 4 of the Complaint, Mr. White admits that he was employed by the Corrections Corporation of America. Mr. White denies the remaining allegations contained in Paragraph 4 of the Complaint.

5. With regard to the allegations contained in Paragraphs 5 and 6 of the Complaint, Mr. White states that he is without knowledge or sufficient information to form a belief as to the truth of the allegations and therefore, demands strict proof thereof.

6. Mr. White admits the allegation contained in Paragraph 7 of the Complaint stating that Defendant Correction Treatment Facility was a fully operational jail doing business in the District of Columbia. Mr. Whites states that he is without knowledge or sufficient information to form a belief as to the truth of the remaining allegations contained in Paragraph 7 of the Complaint and therefore, demands strict proof thereof.

7. Mr. White states that he is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in Paragraphs 8-12, 17-24, 33-36, 39-42, and 45 and demands strict proof thereof.

8. Mr. White denies the allegations contained in Paragraphs 13-16, 26-32, 37, 43, 46-58.

9. Mr. White denies all remaining allegations contained in the Amended Complaint that are not specifically admitted or denied herein.

### THIRD DEFENSE

The Plaintiff's claim for damages for assault and battery, intentional infliction of emotional distress and false imprisonment should be dismissed because they exceed the one year Statute of Limitations.

### FOURTH DEFENSE

The Plaintiff's losses and damages, if any, were the result of Plaintiff's own contributory conduct and/or his assumption of the risk.

### FIFTH DEFENSE

If the Plaintiff sustained any injuries, losses and damages, then said injuries, losses and damages were not proximately caused by the acts or actions of Mr. White.

### SIXTH DEFENSE

Plaintiff's injuries, losses and damages, if any, were caused by the conduct of others.

### SEVENTH DEFENSE

Mr. White asserts the defense that the Plaintiff failed to mitigate his damages.

### EIGHTH DEFENSE

Plaintiff's claim should be barred because he failed to exhaust his administrative remedies.

### NINETH DEFENSE

Plaintiff's claim should be barred due to insufficiency of service of process.

### TENTH DEFENSE

Plaintiff's claim should be barred due to improper service of process.

## ELEVENTH DEFENSE

Defendant White's conduct is not the proximate cause of the injuries, losses and damages, allegedly sustained by the Plaintiff, rather, it was the conduct of others who are not parties to this litigation.

Respectfully submitted,

By: _/s/ Dwight D. Murray_
Dwight D. Murray, #228932
Jordan Coyne & Savits, LLP
1100 Connecticut Ave., N.W.
Suite 600
Washington, D.C. 20036
Attorney for Robert White

## JURY DEMAND

Mr. White demands a trial by jury on all issues.

_/s/ Dwight D. Murray_
Dwight D. Murray

## CERTIFICATE OF SERVICE

I, Dwight D. Murray, hereby certifies that a copy of the foregoing Answer to the Amended Complaint was served on counsel indicated below on this 27th day of March 2007:

Khadijah R. Ali, Esquire
Law Offices of Khadijah R. Ali
216 G Street, N.E.
Washington, DC  20002

Daniel P Struck, Esq.
Jennifer L. Holsman, Esq.
Jones, Skelton & Hochuli, PLC
2901 North Central Avenue, Suite 800
Phoenix, AZ  85012

Paul Maloney, Esquire
Colleen Durbin, Esquire
CARR MALONEY, P.C.
1615 L Street, NW  Suite 500
Washington, D.C.  20036

_____
Dwight D. Murray