IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY JONES aka THADAS JASPER aka PAMELA JONES,<br><br>        Plaintiff,<br><br>  v.<br><br>ROBERT WHITE, et al,<br><br>        Defendants. | No. 1:07-cv-00004 PLF |

## NOTICE OF SETTLEMENT

Defendants, Corrections Corporation of America, District of Columbia and Robert White, through undersigned counsel, hereby notify the Court that the parties have reached a settlement in the above-captioned matter. The parties will be filing a Stipulation to Dismiss and corresponding Order in the near future.

Dated: this 25th day of May, 2007.

JORDAN, COYNE & SAVITS, LLP   JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Dwight D. Murray     By /s/ Jennifer L. Holsman
  Dwight D. Murray, #228932    Daniel P. Struck, Bar # CO00337
  1100 Connecticut Ave., N.W.    Jennifer L. Holsman, Bar # 495296
  Suite 600           2901 North Central Avenue, Suite 800
  Washington, D.C. 20036     Phoenix, Arizona 85012
  Telephone: (202) 496-2803   Telephone: (602) 263-1700
  Facsimile: 202-496-2800    Facsimile: (602) 263-1784

Attorneys for Defendant Robert White  CARR MALONEY, P.C.
                    Paul Maloney, Bar 632533
                    Colleen Durbin, Bar # 500039
                    1615 L Street, Suite 500
                    Washington, D.C. 20036
                    Telephone: (202) 310-5500
                    Facsimile: (202) 310-5555

                    Attorneys for Defendants Corrections Corporation of America and

1779917.1

- 2 -

## CERTIFICATE OF SERVICE

Jennifer L. Holsman, hereby certifies that a copy of the foregoing Notice of Settlement was served on counsel indicated below on this 25th day of May, 2007.

Khadijah R. Ali, Esq.
LAW OFFICES OF KHADIJAH R. ALI
216 G. Street, N.E.
Washington, D.C. 20002

Dwight D. Murray, Esq.
JORDAN, COYNE & SAVITS, LLP
1100 Connecticut Ave., N.W.
Suite 600
Washington, D.C. 20036

Paul Maloney, Esq.
Colleen Durbin, Esq.39
CARR MALONEY, P.C.
1615 L Street, Suite 500
Washington, D.C. 20036


/s/     Jennifer L. Holsman

1779917.1