UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TIMOTHY JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT WHITE, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-0004 (PLF)<br>)<br>)<br>)<br>)<br>) |

### ORDER

On May 25, 2007, defendants filed a notice informing the Court that this case had been settled. They further report that the parties anticipate fiilng a stipulation of dismissal in the near future. Accordingly, it is hereby

ORDERED that this case is DISMISSED. The dismissal shall be without prejudice for a period of 30 days from the date of this Order. If settlement is not consummated within that 30-day period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed with prejudice; and it is

FURTHER ORDERED that the status conference currently scheduled for June 8, 2007 is cancelled.

SO ORDERED.

\_\_\_\_\_/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 30, 2007