IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY JONES aka THADAS JASPER aka PAMELA JONES,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT WHITE, et al,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 07-4 (PLF)<br><br>STIPULATION FOR DISMISSAL |

　　　　IT IS STIPULATED by and between Plaintiff, Timothy Jones, and Defendants, Corrections Corporation of America, District of Columbia and Robert White, through counsel, that all claims of Timothy Jones filed in the above-entitled action against Defendants, Corrections Corporation of America, District of Columbia and Robert White, shall be dismissed with prejudice and that each party will bear their own costs in this matter and shall not seek reimbursement of their costs or attorneys' fees from the other party.

　　　　Dated: this ___25___ day of May, 2007.

LAW OFFICES OF KHADIJAH R. ALI, P.C.

By /s/ _____
　　Khadijah R. Ali, Bar # 435367
　　216 G. Street, N.E.
　　Washington, D.C. 20002
　　Telephone:　(202) 548-0016
　　Fax: (202) 548-0372

Attorney for Plaintiff

JORDAN, COYNE & SAVITS, LLP

By __/s/_____
　　Dwight D. Murray, #228932
　　1100 Connecticut Ave., N.W.
　　Suite 600
　　Washington, D.C. 20036
　　Telephone:　(202) 496-2803
　　Facsimile:　202-496-2800
Attorneys for Defendant Robert White

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ _____
　　Daniel P. Struck, Bar # CO00337
　　Jennifer L. Holsman, Bar # 495296
　　2901 North Central Avenue,
　　Suite 800
　　Phoenix, Arizona 85012
　　Telephone:　(602) 263-1700
　　Facsimile:　(602) 263-1784

CARR MALONEY, P.C.
　Paul Maloney, Bar 632533
　Colleen Durbin, Bar # 500039
　1615 L Street, Suite 500
　Washington, D.C. 20036
　Telephone:　(202) 310-5500
Attorneys for CCA and District of Columbia

1779983.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY JONES aka THADAS JASPER aka PAMELA JONES,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT WHITE, et al,<br><br>    Defendants. | Civil Action No. 07-4 (PLF)<br><br>ORDER FOR DISMISS WITH PREJUDICE |

  A Stipulation for Dismissal with Prejudice having been presented by Plaintiff and Defendants, considered, and good cause appearing therefore;

  IT IS HEREBY ORDERED that the above-entitled cause of action is hereby dismissed with prejudice, each party to bear their own costs and attorneys' fees.

  DATED this _____ day of _____, 2007.

                _____
                Paul L. Friedman

1781237.1